IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE T. TAITANO, | 1:07-cv-00977-OWW-SMS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| BOND, et al., | (DOCUMENT #10) |
| Defendants. | 30-DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On January 22, 2009, plaintiff filed a motion to extend time to file an amended complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of January 5, 2009.

IT IS SO ORDERED.

**Dated:   January 26, 2009**          /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE