1

2

3

4

5

6

7          **UNITED STATES DISTRICT COURT**

8                 EASTERN DISTRICT OF CALIFORNIA

9

10   GEORGE T. TAITANO,                    1:07-cv-00977-OWW-SMS-PC

11                      Plaintiff,          FINDINGS AND RECOMMENDATIONS,
                                            RECOMMENDING THAT THIS ACTION BE
12         v.                               DISMISSED, WITH PREJUDICE, FOR
                                            FAILURE TO STATE A CLAIM UPON
13   BOND, et al.,                          WHICH RELIEF MAY BE GRANTED
                                            (Doc. 12.)
14                      Defendants.
                                            OBJECTIONS, IF ANY, DUE WITHIN
15                                          THIRTY DAYS
                                        /
16

17         Plaintiff George T. Taitano ("Plaintiff") is a state prisoner proceeding pro se in this civil

18   rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 9, 2007. (Doc. 1.) On

19   March 3, 2009, Plaintiff filed an amended complaint. (Doc. 12.) On December 15, 2009, the

20   undersigned dismissed Plaintiff's amended complaint for failure to state a claim upon which relief

21   may be granted and gave Plaintiff leave to file a second amended complaint within thirty days. 28

22   U.S.C. § 1915A; 28 U.S.C. § 1915(e). (Doc.13.)   To date, Plaintiff has not complied with or

23   otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth

24   any claims upon which relief may be granted under section 1983.

25         Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), the undersigned

26   HEREBY RECOMMENDS that:

27                This action be dismissed, with prejudice, based on Plaintiff's failure to state any

28                claims upon which relief may be granted under section 1983.

                                          1

1

2      These Findings and Recommendations will be submitted to the United States District Judge

3   assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **thirty (30)**

4   **days** after being served with these Findings and Recommendations, Plaintiff may file written

5   objections with the Court.  The document should be captioned "Objections to Magistrate Judge's

6   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

7   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d

8   1153 (9th Cir. 1991).

9

10

11  IT IS SO ORDERED.

12  **Dated:    February 5, 2010**                    **/s/ Sandra M. Snyder**
                                                      UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28